**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**OSVALDO R. GONZALEZ**                                                                **PLAINTIFF**

**v.**                                                                    **No. 2:08CV89-P-A**

**CORRECTIONS CORPORATION**
**OF AMERICA, ET AL.**                                                       **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

As the plaintiff's motion [11] for a temporary restraining order or preliminary injunction was simply a reiteration of the claims in his complaint, that motion is likewise **DENIED**. Finally, in light of the court's ruling in this case, the plaintiff's motions [3], [10], [15] for service by the United States Marshal Service are hereby **DISMISSED** as moot, as is his motion [16] for the court to rule upon pending motions in this case.

**SO ORDERED,** this the 5th day December, 2008.

                                             /s/ W. Allen Pepper, Jr.
                                             W. ALLEN PEPPER, JR.
                                             UNITED STATES DISTRICT JUDGE