IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

OSVALDO GONZALEZ                                                                             PLAINTIFF

v.                                                                                                          No. 2:08CV89-P-S

CORRECTIONS CORPORATION
OF AMERICA, ET AL.                                                                                  DEFENDANTS

**ORDER DENYING PLAINTIFF'S MOTION [65] FOR DEFAULT JUDGMENT;
DISMISSING PLAINTIFF'S MOTION [70] TO EXPEDITE RULING AS MOOT**

This matter comes before the court on the plaintiff's motion [65] for default judgment against Canteen Correctional Services (also known as Compass Group USA, Inc.), Scott Hoseman, Jane Strong, Lou Anderson, and B. Robinson. The United States Marshal Service has attempted service by mail upon these defendants at the address of the Tallahatchie County Correctional Facility, but none of these defendants has responded. As such, process has not been served upon these defendants, and the plaintiff's motion [65] for default judgment is therefore **DENIED.**

It is the plaintiff's responsibility to provide the court with a valid address for service of process upon each defendant. If the plaintiff does not know the address for a given defendant, then he may request that address from other defendants during discovery.

Finally, in light of this order, the plaintiff's motion [70] to expedite the court's ruling on the motion for default judgment is **DISMISSED** as moot.

**SO ORDERED,** this the 28th day of June, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE