# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**OSVALDO R. GONZALEZ**                                                       **PLAINTIFF**

**V.**                                                 **CAUSE NO. 2:08CV89-P-S**

**CORRECTIONS CORPORATION OF AMERICA, ET AL.**         **DEFENDANT**

## ORDER

This matter is before the court on the motion of the plaintiff for sanctions based on defendants failure to follow the rules of civil procedure (#99). Having read the motion and considered the record in this case the court finds that failure to properly follow the rules of civil procedure is not grounds for sanctions and the motion is therefore DENIED.

**SO ORDERED**, this the 5th day of November 2010.

                                                        /s/ David A. Sanders
                                                        UNITED STATES MAGISTRATE JUDGE