IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

OSVALDO R. GONZALEZ                                                                PLAINTIFF

VS.                                                              CIVIL ACTION NO. 2:08CV89-P-S

CORRECTIONS CORPORATION                                                          DEFENDANTS
OF AMERICA, et al.

## ORDER

This matter is before the court on the plaintiff's motion for a copy of the preliminary hearing transcript cited in defendants' motion for summary judgment (#112). The court, having considered the motion and record in this case, finds it to be well taken, and it is, therefore, ORDERED that the defendants shall provide the plaintiff with a copy of the preliminary hearing transcript before December 8, 2010.

SO ORDERED, this the 1ST day of December, 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE