IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

OSVALDO R. GONZALEZ                                                                                     PLAINTIFF

VS.                                                  CIVIL ACTION NO. 2:08CV89-P-S

CORRECTIONS CORPORATION                                                DEFENDANTS
OF AMERICA, et al.

**ORDER**

This matter is before the court on the plaintiff's motion to withdraw his motion to stay (#142). The court, having considered the motion and record in this case, finds it to be well taken, and it is, therefore, ORDERED that the plaintiff's motion to withdraw his motion to stay is GRANTED. Motion to Stay Proceedings (# 141) is hereby terminated.

SO ORDERED, this the 11th day of May, 2011.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE